Argued and submitted October 26, 1990, affirmed May 22, reconsideration allowed
by opinion September 11, 1991
See 108 Or App 773, 816 P2d 1219 (1991)

STATE OF OREGON,
*Respondent,*

*v.*

DALE EDWARD BURNS,
*Appellant.*

(88-07-1542-C3; CA A62161 (Control))

STATE OF OREGON,
*Respondent,*

*v.*

ROBERT LEE KENNEY,
*Appellant.*

(88-07-1542-C2; CA A62298)
(Cases Consolidated)

812 P2d 837

Lisa A. Maxfield, Portland, argued the cause for appellants. With her on the brief were Steven C. Rissberger and Ransom, Blackman & Weil, Portland.

Jas. Adams, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

**PER CURIAM**

After a trial to the court on stipulated facts, defendants were convicted of manufacture and possession of a controlled substance. ORS 475.992(1), (4). They claim that the court erred in denying their motions to suppress and motions to controvert.

The facts of this case are set out in *State v. Morrison/Bartee,* 107 Or App 343, 812 P2d 832 (1991), and the law and the result are the same.

Affirmed.